IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| VANESSA M. ZENDEJAS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:23-cv-01146-O-BP |
| DANIEL J. GARCIA, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed,[1] and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Accordingly, it is **ORDERED** that the case is **dismissed without prejudice** for lack of subject matter jurisdiction. The Court declines to rule on Plaintiffs' request for a hearing. *See* ECF No. 2.

**SO ORDERED** on this **15th day** of **December, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] Instead of filing an objection, Plaintiffs voluntarily filed a motion to dismiss without prejudice. *See* ECF No. 13. This filing prompted the Magistrate Judge to issue a second Findings, Conclusions, and Recommendation, which again suggested that this Court dismiss this case without prejudice. *See* ECF No. 14. This is the same result recommended in the first Findings, Conclusions, and Recommendation. *See* ECF No. 11. As such, the Court need only review the first Findings, Conclusions, and Recommendation.